# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00746-CV

### V. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-003321, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant V. C. filed her notice of appeal on November 7, 2018. The appellate record was complete December 3, 2018, making appellant's brief due December 27, 2018. On December 5, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than January 7, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 13, 2018.


Before Chief Justice Rose, Justices Field and Toth